UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM SETLEY

      VS                                  CASE NO.  3:18cv1397-MCR/GRJ

DIVERSIFIED CONSULTANTS, INC.

**CLERK'S DISMISSAL**

Upon the NOTICE of Voluntary Dismissal filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed with prejudice.

                                        Jessica J. Lyublanovits, Clerk of Court

 July 3, 2018                    /s/ Sylvia Williams
DATE                                Deputy Clerk: Sylvia Williams

.